AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES OF AMERICA
V.

Alberto EGUIA-Ramos, YOB 1994 USC

## CRIMINAL COMPLAINT

CASE NUMBER: M—15—0330—M

MAR - 4 2015

Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____3/03/2015_____ in _____Starr_____ county, in the

_____Southern_____ District of _____Texas_____ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 206 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 206 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title _____21_____ United States Code, Section(s) _____846, 841 (a) (1)_____

I further state that I am a(n) _____DEA Task Force Officer_____ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:        X Yes        No

Signature of Complainant
Ismael Rivas, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

March 4, 2015
Date

At        McAllen, Texas
City and State

Dorina Ramos, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT

On March 3, 2015, at approximately 9:00 pm, Border Patrol Agents from the Rio Grande City Border Patrol Station were conducting line watch duties along the Rio Grande River, from fixed positions, near Salineno, Texas. At approximately 9:30 p.m., Agent Arnulfo Cortes advised nearby agents he had observed several suspected "scouts" on the U.S. side conducting counter-surveillance. BORTAC agents notified the RGV Sector Air Operations Falcon One, hereinafter referred to as Falcon One, of the suspicious activity and arrived in the area to assist with air surveillance. AEROSTAT Alpha 5 (Operated by Agent Roodwalysmyn Fuentes) was also notified of the activity and began to scan the area.

Falcon One (Operated by William Dwyer/Joaquin Gonzalez) advised they had observed several subjects travel north from the Rio Grande River area, close to the Salineno Main Crossing. The group continued traveling north until they reached a brushy area in close proximity to some houses. Falcon One advised the subjects appeared to be loading a sedan with bundles of narcotics. The sedan then departed the area and began to follow a small SUV towards Expressway 83.

Falcon One and Alpha Five continued to track the driver of the sedan, suspected of being loaded with narcotics. The driver of the vehicle continued north and came to a stop approximately 100 yards south of Expressway 83. The driver was observed exiting the vehicle and throwing two suspected bundles of narcotics into the brush. After dumping the bundles, the driver got back in the vehicle and began to follow the small SUV.

As the vehicles reached the intersection of Expressway 83 and Salineno Road, Agent Mark Joffre observed a light colored SUV being followed by a white Mercury Grand Marquis. Agent Joffre confirmed with Falcon One that the Grand Marquis was the load vehicle. Agent Joffre followed both vehicles as they turned east on Expressway 83 and noticed the driver of both vehicles immediately turned into the Falcon Store parking lot. The driver of the load vehicle pulled adjacent to a water-mill dispensary on the west side of the parking lot.

Agent Joffre positioned his marked service unit, just northeast of the sedan and exited his service unit. The driver, upon observing my headlights, opened his door slightly to the load vehicle. Agent Joffre drew his service issued firearm and instructed the driver to exit the vehicle and to get on the ground. The driver moved a few feet away from the vehicle and attempted to flee from Agent Joffre. Agent Joffre immediately took the subject into custody and requested for backup units to his location. A plain view search of the vehicle revealed that it contained numerous bundles of marijuana.

The driver, identified as Alberto EGUIA-Ramos, was advised of his Miranda Rights in the English Language, by Agent Joffre, as witnessed by Agent Marc Chavez. The subject stated that he understood his rights. Agents were unable to locate the light colored SUV (suspected scout vehicle) that was leading the load vehicle.

A total of 18 bundles of marijuana wrapped in brown packaging were found inside the load vehicle with an approximate weight of 186 kilograms. BORTAC Agents also located the two (2) additional bundles that were dropped off by EGUIA-Ramos and observed by air surveillance weighing approximately 20 kilograms. USBP Agents field tested the bundles of suspected marijuana with a 908 NARCO Pouch and tested positive for marijuana. A total of approximately 206 kilograms were recovered from the load vehicle and the brush.

On March 4, 2015, at approximately 1:00 am, TFO Ismael Rivas and TFO Cosme Muniz made contact with EGUIA-Ramos and read him his Miranda Warnings in English. EGUIA-Ramos waived his rights and cooperated with the agents. EGUIA-Ramos stated he was the driver of the load vehicle. EGUIA-Ramos also stated he was going to transport the marijuana to an unknown location and was going to get paid $5,000 for his services. EGUIA-Ramos was arrested and charged with Possession and Conspiracy to Possess with Intent to Deliver approximately 206 kilograms of marijuana.